UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00373-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAMMY EDWARD FRENCH

    Defendant.

---

### ORDER

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, October 20, 2006**, and responses to these motions shall be filed by **Friday, November 3, 2006**. It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Wednesday, November 15, 2006, at 4:00 p.m.** It is

    FURTHER ORDERED that a five-day jury trial is set to commence **Monday, November 20, 2006, at 9:00 a.m.**

    Dated: September 19, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge