## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

___

| | | | |
|---|---|---|---|
| Date: | May 30, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

___

Criminal Case No. **06-cr-00373-WYD**     Counsel:

UNITED STATES OF AMERICA,                Gregory A. Holloway
                                         Habib Nasrullah
         Plaintiff,

v.

**1. SAMMY EDWARD FRENCH, JR.**,            Robert W. Pepin

         Defendant.

___

### COURTROOM MINUTES
___

**CONTINUATION OF EVIDENTIARY HEARING ON PENDING MOTIONS - CONTINUED FROM MAY 23, 2007 (DAY 4)**

**2:14 p.m.**     Court in Session - Defendant present (in-custody)

2:15 p.m.     Government's witness **Jennifer Lynn Baca** sworn.

              Direct examination by Government (Mr. Nasrullah).
              ***EX ID:        20, 18, 19***

2:30 p.m.     Cross examination by Defendant (Mr. Pepin).
              ***EX ID:        20***

2:45 p.m.     Re-Direct examination by Government (Mr. Nasrullah).

2:46 p.m.     Government rests

Judge Wiley Y. Daniel
06-cr-00373-WYD - Courtroom Minutes

| | |
|---|---|
| 2:47 p.m. | Defendant has no evidence to present. |
| 2:48 p.m. | Argument by Government (Mr. Holloway). |
| 3:01 p.m. | Argument by Defendant (Mr. Pepin). |
| 3:12 p.m. | Argument by Government (Mr. Holloway). |
| | Court makes findings. |
| **ORDERED:** | Defendant's Motion to Suppress Identification (#12 - 10/23/06) is **DENIED.** |
| | Defendant's Motion for Disclosure of 404(b) Evidence (#14 - 10/23/06) is raised for argument. |
| 3:27 p.m. | Argument by Government (Mr. Holloway). |
| **ORDERED:** | Defendant's Motion for Disclosure of 404(b) Evidence (#14 - 10/23/06) is **DEFERRED.** |
| 3:28 p.m. | Discussion regarding the Court's ruling on the motion to suppress and |
| **ORDERED:** | Government shall submit proposed findings not later than **ten days after receipt of the transcript.** |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **3:37 p.m.** | Court in Recess - HEARING CONCLUDED |

*CLERK'S NOTE: EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.*

**TOTAL TIME:  1:23**