**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Date:                September 20, 2007         Prob./Pret.:    N/A
Courtroom Deputy:    Robert R. Keech            Interpreter:    N/A
Court Reporter/ECR:  Kara Spitler

_____

Criminal Case No.  **06-cr-00373-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                       Gregory A. Holloway
                                                Habib Nasrullah
          Plaintiff,

v.

**1. SAMMY EDWARD FRENCH, JR.**,                Robert W. Pepin

          Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON MOTION FOR DISCLOSURE OF 404(b) EVIDENCE**

**9:23 a.m.**   Court in Session - Defendant present (in-custody)

                APPEARANCES OF COUNSEL.

                Court's opening remarks.

                Defendant's Motion for Disclosure of 404(b) Evidence (#14 - 10/23/06) is raised for argument.

9:25 a.m.       Argument by Defendant (Mr. Pepin).

9:54 a.m.       Argument by Government (Mr. Holloway).

Judge Wiley Y. Daniel
06-cr-00373-WYD - Courtroom Minutes

**ORDERED:** Defendant's Motion for Disclosure of 404(b) Evidence (#14 - 10/23/06) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant shall file a motion to suppress identification regarding potential 404(b) incident not later than **Tuesday, September 25, 2007.**

**ORDERED:** Government shall respond not later than **Tuesday, October 2, 2007.**

**10:14 a.m.** Court in Recess

**10:15 a.m.** Court in Session

**ORDERED:** Hearing on Defendant's Motion to Suppress Identification Regarding Potential 404(b) Incident is set for **Wednesday, October 24, 2007, at 2:00 p.m., in courtroom A-1002.**

**ORDERED:** Defendant is **REMANDED** into the custody of the U.S. Marshal.

**10:16 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:52**